Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCIO GARCIA, an individual, and EDWARD R. GARCIA, JR., an individual,<br><br>             Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF SAM CHANDRA, APC, a professional corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 15cv1690-JLS-RBB<br><br>**Plaintiffs' Notice of Dismissal** |

Plaintiffs dismiss the entire action with prejudice pursuant to Fed.Rule of Civ. Pro. 41(a)(1)(A)(i).

Dated: September 23, 2015

        __s/Jeremy S. Golden_____
        Jeremy S. Golden
        Attorney for Plaintiff